ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JEAN TURK (CSBN 131517)
Special Assistant United States Attorney
 333 Market Street, Suite 1500
 San Francisco, CA 94105
 Telephone: (415) 977-8935
 Facsimile:  (415) 977-0134
 E-Mail: Jean.Turk@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JOSE URBINA,<br><br>    Plaintiff,<br><br>         v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | No. Civ. 10-3890 GW (AGR)<br><br>**JUDGMENT OF REMAND** |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation of Remand.

DATED: August 13, 2010          /s/ Alicia G. Rosenberg
                                HONORABLE ALICIA G. ROSENBERG
                                UNITED STATES MAGISTRATE JUDGE